## Craig *v.* Fulton, Appellant.

Argued October 2, 1964. Before BELL, C. J., MUS-MANNO, JONES, COHEN, EAGEN, O'BRIEN and ROBERTS, JJ.

*William A. Challener, Jr.,* for appellant.

*John M. Feeney, Jr.,* with him *McArdle, Harrington, Feeney & McLaughlin,* for appellees.

OPINION PER CURIAM, November 10, 1964:
Judgment affirmed.

Mr. Chief Justice BELL and Mr. Justice ROBERTS believe the verdict was excessive and would order a new trial.

Mr. Justice JONES dissents.